UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
Portland Division

**GREGORIO NESTA,**                                        Civil No. 3:11-CV-00018-AC

              Plaintiff,

    v.                                                                                                **JUDGMENT**

**REVOLUTION CABLE HOLDINGS, INC.,**
a foreign business corporation; and
**REVOLUTION CABLE HOLDINGS, LLC,**
a foreign limited liability company; each doing
business as RCH Cable Contractors, RCH Cable
LLC, and Reliable Cable Holdings, Inc.,

              Defendant.

BROWN, District Judge:

       On July 29, 2011, an Order of Default [23] was entered against defendants **REVOLUTION CABLE HOLDINGS, INC.,** and **REVOLUTION CABLE HOLDINGS, LLC,** having failed to answer or otherwise appear in the above action, and the time for appearance having expired, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. On motion for Judgment by plaintiff, filed May 31, 2011,

       **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment shall enter in favor of plaintiff as follows:

       1.    On plaintiff's First, Second and Third Claims for Relief for economic damages, the amount of $19,936.00.

Page 1 – JUDGMENT

2. On plaintiff's Second and Third Claims for Relief for noneconomic damages, the amount of $10,000.

3. On plaintiff's First and Second claims for relief, reasonable attorneys fees in the amount of $8,787.50.

4. On plaintiff's First, Second and Third claims, for costs and disbursements in the amount of $611.10.

5. On plaintiff's economic damages, prejudgment interest at the rate of 9.0% from December 4, 2009 on $8,400.00 and from May 31, 2011 on $11,536.00 until the date judgment is entered, and post-judgment interest on all sums awarded by this judgment at the then-current federal rate pursuant to 28 USC 1961 from date of entry of judgment until paid.

IT IS SO ORDERED.

Dated this 4th day of August, 2011.

_____
Anna Brown
United States District Judge